**NATIONAL LABOR RELATIONS BOARD, Petitioner–Appellee,**

v.

**ONE STOP IMMIGRATION; Education Center, Inc., Respondents–Appellants.**

No. 00–70769.
Agency No. 21–CA–32068.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 8, 2001.

Decided Nov. 28, 2001.

Before HALL, KOZINSKI, and W. FLETCHER, Circuit Judges.

### MEMORANDUM *

 "Decisions of the NLRB [National Labor Relations Board] will be upheld on appeal if its findings of fact are supported by substantial evidence and if the agency correctly applied the law." *NLRB v. Calkins,* 187 F.3d 1080, 1085 (9th Cir. 1999). To determine if findings are supported by substantial evidence, we conduct "a case-by-case analysis requiring review of the whole record." *NLRB v. Iron Workers of Cal.,* 124 F.3d 1094, 1098 (9th Cir.1997). Having reviewed the record, we are convinced that the NLRB's findings are supported by substantial evidence. We therefore GRANT the NLRB's petition for enforcement.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.